No. —, Original. *Ex parte:* IN THE MATTER OF DE-FOREST RADIO TELEPHONE & TELEGRAPH COMPANY, PETITIONER. Submitted February 18, 1924. Decided February 25, 1924. Motion for leave to file petition for writ of mandamus herein denied. *Mr. A. Leo Everett* and *Mr. Samuel E. Darby, Jr.,* for petitioner.

---

No. 143. FRED P. VIOLETTE *v.* CHARLES A. RASMUSSON, COLLECTOR OF INTERNAL REVENUE, ETC. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Submitted February 21, 1924. Decided February 25, 1924. *Per Curiam.* Decree reversed with costs; and cause remanded to the District Court of the United States for the District of Montana for further proceedings. *Lipke* v. *Lederer,* 259 U. S. 557. *Mr. Joseph W. Cox* and *Mr. Charles A. Russell* for appellant. *Mr. Chas. N. Madeen, Mr. H. H. Clarke,* and *Mr. Dan J. Heyfron* were also on the brief. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for appellee.